**Frank THOMPSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28896.

Court of Criminal Appeals of Texas.

March 20, 1957.

**946**

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Unlawfully, while intoxicated, driving a motor vehicle upon a public highway is the offense, with punishment assessed at thirty days in jail and a fine of $50.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.